Cite as 2023 Ark. 17

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** February 23, 2023

IN THE MATTER OF THE
SELECTION OF THE
ADMINISTRATIVE JUDGE FOR THE
SIXTH JUDICIAL DISTRICT

**PER CURIAM**

Chief Justice John Dan Kemp has been notified that the circuit judges of the Sixth Judicial District have been unable to agree on the selection of an administrative judge by the first day of February 2023.

The Supreme Court of Arkansas, pursuant to Administrative Order Number 14(2)(a), has selected Judge Karen Whatley as administrative judge of the Sixth Judicial District.